THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY REDFERN, Appellant. [708 NYS2d 650] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Maloy, J.—Grand Larceny, 4th Degree.) Present—Green, J. P., Hayes, Hurlbutt, Balio and Lawton, JJ. (Filed Apr. 17, 2000.)

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT RICE, Appellant. [710 NYS2d 563] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Bristol, J.—Attempted Murder, 2nd Degree.) Present—Green, J. P., Hayes, Hurlbutt, Balio and Lawton, JJ. (Filed Apr. 24, 2000.)